UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PENNY SHEPPARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. EDCV 08-114 AGR<br><br>**JUDGMENT** |

　　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 26, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE